FILED

FEB 0 6 2018

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
BENTON OFFICE

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL NO. 18-CR-30018-MJR |
| | ) | |
| Plaintiff, | ) | |
| | ) | Title 8, United States Code, |
| v. | ) | Section 1326(a) and (b)(1) |
| ABEL AGUILAR-MARTINEZ, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

### INDICTMENT

THE GRAND JURY CHARGES:

### COUNT 1
### Illegal Reentry After Deportation by a Convicted Felon

On or about January 26, 2018, in St. Clair County, within the Southern District of Illinois,

### ABEL AGUILAR-MARTINEZ

defendant herein, an alien who had previously been arrested and deported pursuant to law from the

United States to Mexico on October 8, 2010 through the port of Harlingen, Texas; and again on

November 6, 2010 at Hidalgo, Texas, and again on August 23, 2017 at Hidalgo, Texas, and who

had previously been convicted of Illegal Reentry By an Alien, a felony offense, on June 23, 2017,

in U.S. District Court for the Southern District of Illinois, in Cause No. 17-CR-30095-DRH, was

found in the United States in St. Clair County, Illinois, the said defendant having not obtained the

consent of the Attorney General of the United States or of the Director of Homeland Security for

reapplication by the defendant for admission into the United States, in violation of Title 8, United

States Code, Section 1326(a) and (b)(1).

DONALD S. BOYCE
United States Attorney

ROBERT L. GARRISON
Assistant United States Attorney

Recommended Bond:  Detention